Alden J. Parker, State Bar No. 196808
Meagan D. Christiansen, State Bar No. 240679
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
FULTON-EL CAMINO RECREATION & PARKS DISTRICT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY BONINE,<br><br>        Plaintiff,<br><br>  v.<br><br>FULTON-EL CAMINO RECREATION & PARKS DISTRICT AND DOES 1 - 50,<br><br>        Defendants. | Case No. 2:10-cv-01101-LKK-EFB<br><br>**STIPULATION AND ORDER TO PERMIT ADDITIONAL INTERROGATORIES** |

   WHEREAS, Plaintiff Toby Bonine ("Plaintiff") filed his first Complaint against Defendant Fulton-El Camino Recreation Parks District ("Defendant") in Sacramento County Superior Court in the State of California, Case No. 34-2008-0025609 on October 29. 2008.

   WHEREAS, Plaintiff filed his First Amended Complaint with an additional cause of action on March 26, 2010 causing Defendant to remove to this court as Eastern District Case No. 2:10-cv-01101-LKK-EFB based on the additional cause of action:

   WHEREAS, prior to receiving the First Amended Complaint with an additional cause of action, Defendant propounded thirty-three (33) Special Interrogatories on Plaintiff in state court;

1   WHEREAS, neither Plaintiff nor Defendant has conducted any discovery on
2   Plaintiff's Federal Complaint;

3   WHEREAS, Federal Rule of Civil Procedure 33 allows for only twenty-five (25)
4   Interrogatories except where the Court deems it appropriate to grant the service
5   of additional interrogatories;

6   WHEREAS, this request is not being made of the purposes of delay, or any
7   other improper purpose;

8   NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and
9   Defendant, through their respective attorneys of record, that the parties be
10  allowed to propound an additional twenty-five (25) interrogatories to allow the
11  parties to conduct discovery on the additional cause of action.

12  Dated:  January 21, 2011          ADAMS & CORZINE

                                     By: /s/ Michael Pazdernik
                                     MICHAEL PAZDERNIK
                                     740 Oak Avenue Parkway, Suite 120
                                     Folsom, CA  95630
                                     Tele:  (916) 983-3900
                                     Facsimile: (916) 983-3922

                                     Attorney for Plaintiff
                                     TOBY BONINE

19  Dated:  January 21, 2011          **WEINTRAUB GENSHLEA CHEDIAK**
                                     a law corporation

                                     By: /s/ Alden J. Parker
                                     ALDEN J. PARKER
                                     MEAGAN D. CHRISTIANSEN

                                     Attorneys for Defendant
                                     FULTON-EL CAMINO RECREATION
                                     AND PARKS DISTRICT

## ORDER

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the parties be allowed to serve an additional twenty-five (25) interrogatories under Federal Rule of Civil Procedure 33(a)(1).

Date:  January 25, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT