1  MICHAEL PAZDERNIK (SBN 144337)
   ADAMS & CORZINE
2  740 Oak Avenue Parkway, Suite 120
   Folsom, CA  95630
3  Tele:  (916) 983-983-3900
   Facsimile: (916) 983-3922
4
5  Attorney for Plaintiff
   TOBY BONINE
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 TOBY BONINE,                              Case No.  2:10-cv-01101-LKK-EFB
12              Plaintiff,
                                             **ORDER   RE:   STIPULATION   TO
13      v.                                   AMEND COMPAINT  DISMISSAL BY
                                             TOBY BONINE OF SECOND CAUSE
14 FULTON-EL CAMINO RECREATION AND           OF  ACTION  TO  FIRST  AMENDED
   PARKS DISTRICT, and DOES 1 to 50,         COMPLAINT**
15
              Defendant.
16
17        THIS COURT, having considered the stipulation of the parties, and good cause appearing,
18 hereby accepts the stipulation and renders as follows:  IT IS ORDERED THAT, per Rule 15(a),
19 Federal Rules of Civil Procedure, plaintiff Toby Bonine is permitted to voluntarily withdraw the
20 Second Cause of Action pled in the First Amended Complaint, and that the First Amended
21 Complaint be deemed amended such that this action will proceed on the First Cause of Action
22 only.  All parties retain any rights they possess to seek fees and costs as provided by law.
23 Dated:  April 18, 2011.
24
25
                                             LAWRENCE  K.  KARLTON
26                                           SENIOR  JUDGE
                                             UNITED  STATES  DISTRICT  COURT
27
28
                                            1
   **ORDER RE: STIPULATION RE: DISMISSAL BY TOBY BONINE OF SECOND CAUSE OF ACTION TO
                              FIRST AMENDED COMPLAINT**