MICHAEL PAZDERNIK (SBN 144337)
ADAMS & CORZINE
740 Oak Avenue Parkway, Suite 120
Folsom, CA  95630
Tele:  (916) 983-983-3900
Facsimile: (916) 983-3922

Attorney for Plaintiff
TOBY BONINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY BONINE,<br><br>             Plaintiff,<br><br>      v.<br><br>FULTON-EL CAMINO RECREATION AND PARKS DISTRICT, and DOES 1 to 50,<br><br>             Defendant. | Case No.  2:10-cv-01101-LKK-EFB<br><br>**ORDER RE: STIPULATION TO DISMISS FIRST CAUSE OF ACTION OF FIRST AMENDED COMPLAINT** |

THIS COURT, having considered the stipulation between plaintiff Toby Bonine ("plaintiff") and defendant Fulton-El Camino Recreation and Parks District ("Fulton-El Camino"), *inter alia*, to dismiss this action, and good cause appearing, hereby accepts the stipulation and renders the following:

IT IS ORDERED THAT:

1. Per Rule 41(a)(1)(A)(ii), FRCP, the First Cause of Action pled in the First Amended Complaint is dismissed without prejudice; that cause of action pleads a Claim under California Government Code §3300 et seq.  As there is no further claim remaining by this dismissal, the First Amended Complaint is dismissed in its entirety.  By entering

1

**ORDER RE: STIPULATION TO DISMISS FIRST CAUSE OF ACTION OF FIRST AMENDED COMPLAINT**

into their stipulation, all parties retain their rights to pursue any rights they possess to pursue an award of fees and costs as provided by law.

Dated:  September 23, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT