MICHAEL PAZDERNIK (SBN 144337)
ADAMS & CORZINE
740 Oak Avenue Parkway, Suite 120
Folsom, CA  95630
Tele:  (916) 983-983-3900
Facsimile: (916) 983-3922

Attorney for Plaintiff
TOBY BONINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY BONINE,<br><br>   Plaintiff,<br><br>   v.<br><br>FULTON-EL CAMINO RECREATION AND PARKS DISTRICT, and DOES 1 to 50,<br><br>   Defendant. | Case No.  2:10-cv-01101-LKK-EFB<br><br>**ORDER RE: STIPULATION TO DISMISS FIRST CAUSE OF ACTION OF FIRST AMENDED COMPLAINT** |

THIS COURT, having considered the stipulation between plaintiff Toby Bonine ("plaintiff") and defendant Fulton-El Camino Recreation and Parks District ("Fulton-El Camino"), *inter alia*, to dismiss this action, and good cause appearing, hereby accepts the stipulation and renders the following:

IT IS ORDERED THAT:

1. Per Rule 41(a)(1)(A)(ii), FRCP, the First Cause of Action pled in the First Amended Complaint is dismissed without prejudice; that cause of action pleads a Claim under California Government Code §3300 et seq.  As there is no further claim remaining by this dismissal, the First Amended Complaint is dismissed in its entirety.  By entering

into their stipulation, all parties retain their rights to pursue any rights they possess to pursue an award of fees and costs as provided by law.

Dated: September 23, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**ORDER RE: STIPULATION TO DISMISS FIRST CAUSE OF ACTION OF FIRST AMENDED COMPLAINT**